Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,                                   )   No.  1:14-cv-01761-AWI-GSA
                                                )
            Plaintiff,                          )   **NOTICE OF VOLUNTARY DISMISSAL**
                                                )   **OF ACTION;  ORDER**
      vs.                                       )
                                                )
AVTAR SINGH GILL, individually and dba          )
GILL'S SHELL and dba SUBWAY #14208,             )
et al.,                                         )
                                                )
            Defendants.                         )
_____        )

      WHEREAS, no Defendant has filed an answer or motion for summary judgment;

      WHEREAS, Plaintiff and Defendants have settled the matter;

      WHEREAS, no counterclaim has been filed;

      Plaintiff hereby respectfully requests that this action be dismissed with prejudice
pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: February 10, 2015                 MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Ronald  Moore

1

## <u>ORDER</u>

2        Good cause appearing,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5  IT IS SO ORDERED.

6  Dated:   February 11, 2015                    _____

7                                                SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28